ROBERT E. CAREY, Jr. (SBN 47556)
CAREY & CAREY
PO BOX 1040
PALO ALTO, CA  94301-1040
Telephone: (650) 328-5510
Facsimile:   (650) 853-3632

Attorney for Defendant
Peter McDonough

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 13-00144 PJH (KAW) |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND** |
| v. ) | **[PROPOSED] ORDER TO** |
| ) | **CONTINUE CHANGE OF PLEA** |
| PETER MCDONOUGH, ) | |
| ) | |
| Defendant. ) | |

By Order filed November 18, 2016, the Court ordered the defendant, Peter McDonough, to appear on December 9, 2016 at 9:30 a.m., before the Honorable Kandis A. Westmore for Change of Plea.  Counsel for Mr. McDonough has an illness in the family which will require his attendance at the time set on December 9, 2016.  Additionally, Mr. McDonough has an urgent business matter in San Diego, CA, which requires his attendance.

The parties STIPULATE to VACATE the December 9, 2016 hearing for Change of Plea and to continue the Change of Plea to Thursday, January 26, 2017, at 9:30a.m. before the Honorable Kandis Westmore.

Additionally, the parties STIPULATE to WITHDRAW the previously-filed Stipulation and [Proposed] Order (regarding withdrawal of the original Plea Agreement) that was filed with the Court on December 6, 2016 (Docket No. 23).  That Stipulation and [Proposed] Order

reflected the December 9, 2016 hearing date for defendant's change of plea.  The parties will be filing a revised version of that Stipulation and [Proposed] Order that reflects the updated hearing date.

      IT IS SO STIPULATED.

DATED: December 8, 2016             /s/
ROBERT CAREY
Attorney for Peter McDonough

DATED: December 8, 2016             /s/
MICHAEL A. RABKIN
Trial Attorney
U.S. Department of Justice, Antitrust Division

      IT IS SO ORDERED.

DATE: 12/8/16             *Kandis Westmore*
Kandis Westmore
UNITED STATES MAGISTRATE JUDGE